UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

AARON EHRNFELD on behalf of himself and
all other similarly situated consumers

                          Plaintiff,

     -against-

KIRSCHENBAUM & PHILLIPS, P.C.

                          Defendant.
_____

**Case No.**

1:17-cv-05195-PKC-PK

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated:  Brooklyn, New York
         November 25, 2017

                                                      __/s/ Maxim Maximov_____
                                                      Maxim Maximov, Esq.
                                                      Maxim Maximov, LLP
                                                      Attorney for the Plaintiff
                                                      1701 Avenue P
                                                      Brooklyn, New York 11229
                                                      Office: (718) 395-3459
                                                      Facsimile: (718) 408-9570
                                                      E-mail: m@maximovlaw.com